Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN WEISBERG**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **LOCAL TOP RANK**, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 8:16-cv-01844-JLS-JCG <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Dismissal - 1

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 15th day of December, 2016.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 15th day of December, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 15th day of December, 2016, via the ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

This 15th day of December, 2016.
By: s/Todd M. Friedman
Todd M. Friedman

Notice of Dismissal - 3